Jeffrey R. Olson, # 120945
Kelley Moran, # 222748
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:    (209) 524-1100
Facsimile:    (209) 524-1188

Attorneys for Defendant
FOWLER UNIFIED SCHOOL DISTRICT

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARL COCH SIMONIAN, | Case No.  1:06-CV-01416-OWW-GSA |
| Plaintiff, | **ORDER ON MOTION FOR SUMMARY JUDGMENT (Fed. R. Civ. P. 56(c))** |
| v. | |
| FOWLER UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

On November 19, 2007 and January 28, 2008, the motion of Defendant FOWLER UNIFIED SCHOOL DISTRICT's ("Defendant") for summary judgment (Doc 21) was duly heard before U. S. District Judge Oliver W. Wanger in Courtroom 3 (7th Floor), United States Courthouse, 2500 Tulare Street, Fresno, CA 93721.  At said hearing on January 28, 2008 the matter was deemed submitted for decision, all except for Defendant filing reference to evidence in support of California Education Code § 48915(b)(1), which was filed (Doc 53) on January, 29, 2008.

The court has considered the papers submitted in favor of and opposed to the motion, has reviewed the authorities cited by the parties, has reviewed the record in the case submitted and cited by the parties, and has considered the arguments of counsel.  Being so informed, the court is of the opinion there is no genuine issue as to any material fact in this matter and that Defendant is entitled, as a matter of law, to the judgment requested in this motion.  (Doc 55)  Therefore,

49912/00047-1194346.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200

ORDER ON MOTION FOR SUMMARY JUDGMENT (FED. R. CIV. P. 56(C))  1:06-CV-01416-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

IT IS ORDERED that:

1. Defendant's motion for Summary Judgment is GRANTED;

2 The Clerk of this court will enter judgment, dismissing this action in its entirety, with prejudice, and awarding Defendant its costs of suit as taxed by the clerk;

3 All relief not expressly granted is denied.

IT IS SO ORDERED.

Dated:  March 5, 2008

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com